**Order entered February 18, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00106-CV

### IN RE DAVID PALMER, Relator

**Original Proceeding from the City of Irving**
**Dallas County, Texas**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relator's February 18, 2021 emergency petition for writ of mandamus in which he challenges the Irving City Secretary's acceptance of real party in interest's application to be a candidate for the Irving City Council.

We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **noon on February 19, 2021**. We will accept uncertified documents and unsworn affidavits or declarations for the response. *See Thirty-Third Emergency Order Regarding the COVID-19 State of Disaster*, Misc. Docket No. 21-9004 (Tex. Jan. 14, 2021) (permitting modification

and suspension of deadlines and procedures).

/s/    ERIN A. NOWELL
        JUSTICE